In the Matter of Joseph M. Williams, an Attorney.— Referred to Honorable Henry A. Gildersleeve, official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of William G. Mulligan, an Attorney.— Referred to Honorable John J. Freedman, official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Alfred W. Varian, an Attorney, Respondent, upon the Application of the Société Francaise des Films et Cinematographes, "Eclair," Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Francis Sherwood Male, as Trustee, etc., Appellant, v. Atchison, Topeka and Santa Fe Railway Company, Respondent, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Sarah E. Wibirt, Respondent, v. George N. Miller, Jr., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.; Laughlin and Scott, JJ., dissented.

Louisa Fribourg, Appellant, v. Emigrant Industrial Savings Bank, Defendant, Impleaded with Esther Robitscher, as Executrix, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

In the Matter of the Application of Standard Computing Scale Company, Ltd., Appellant, for a Writ of Mandamus v. Joseph Hartigan, as Commissioner of the Mayor's Bureau of Weights and Measures of the City of New York, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion for alternative writ of mandamus granted. No opinion. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

Samuel E. Rosenblum, Respondent, v. Frank L. Paige and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

The F. B. Stearns Company of New York, Respondent, v. Max M. Hart, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

Lew M. Heymann, Respondent, v. Louis Kaplan, Impleaded with 2824 Broadway Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of Bart Dunn, as Executor, etc., Respondent. Carol B. Ransom, as Executrix, etc., of Rastus S. Ransom, Deceased, and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.